UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAVEN ASSET MANAGEMENT, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RENTALS, INC., et al.,<br><br>Defendants. | Civil No. 3:2007-cv-1856-MRK<br><br><br>January 3, 2008 |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff Raven Asset Management, LLC hereby dismisses this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. This notice of dismissal is filed before service by any adverse party of an answer or motion for summary judgment.

THE PLAINTIFF
RAVEN ASSET MANAGEMENT, LLC

_____
Attorney Elias A. Alexiades
Federal Bar No. ct03543
P.O. Box 3859, Amity Station
New Haven, Connecticut, 06525
Telephone: (203) 777-4720
Facsimile: (203) 777-4722
elia@alexiades.com

Certificate of Service

I hereby certify that on January 3, 2008 that a copy of the foregoing was sent by first class mail to: Eric M. Swedenburg, Simpson Thatcher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017-3954.

_____
Elias A. Alexiades